In the Matter of the Application of FRANCIS X. McQUADE, Respondent, against FIORELLO H. LAGUARDIA and Others, Constituting the Board of Estimate and Apportionment of the City of New York, and Another, Appellants.— Order so far

as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.